SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
LAMAR MYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>            Plaintiff,<br><br>      vs.<br><br>CALIFORNIA CABINETS & FLOORING, INC.; HECTOR NEVAREZ; and DOES 1 through 10,<br><br>            Defendants | Case No.: 2:20-cv-07010 DMG (KSx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Lamar Myers ("Plaintiff") and Defendants have informally settled the entire above-captioned case. Defendant's counsel stated that the case is settled and he only requires firm authority from Defendant. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 22, 2021               SO. CAL EQUAL ACCESS GROUP


                                                          */s/ Jason J. Kim*
                                                          JASON J. KIM
                                                          Attorney for Plaintiff